## LAURELL E. SCHUERMAN, APPELLANT, v. ARLIN G. SCHUERMAN, APPELLEE.

312 N.W.2d 286

Filed November 6, 1981. No. 43985.

H. Jeanne Thorough of Kelley & Thorough for appellant.

A. James McArthur for appellee.

Heard before KRIVOSHA, C.J., WHITE, and HASTINGS, JJ., and RIST and CAPORALE, District Judges.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.